**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

MICHAEL MACKOOL
ADC #132172
                                        PETITIONER

VS.                    4:08CV00269 SWW/JTR

LARRY NORRIS, Director,
Arkansas Department of Correction                      RESPONDENT

**ORDER**

Petitioner, who is currently incarcerated in the Cummins Unit of the Arkansas Department of Correction, has filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. (Docket entry #1), and has paid the $5.00 filing fee. The Court will therefore order service of the Petition.

IT IS THEREFORE ORDERED THAT:

1. The Clerk of the Court shall serve a copy of the habeas Petition (docket entry #1) and this Order on Respondent and the Arkansas Attorney General by mail.

2. Respondent shall file a responsive pleading **within twenty (20) days** of service.

Dated this __4th__ day of April, 2008.

                                                      /s/ J. Thomas Ray
                                            UNITED STATES MAGISTRATE JUDGE