**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

MICHAEL MACKOOL

                                                                                                   PETITIONER

vs.                                  4:08 CV00269 JTR

LARRY NORRIS, Director,
Arkansas Department of Correction                                          RESPONDENT

**JUDGMENT**

Consistent with the Memorandum and Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that the Petition for Writ of Habeas Corpus, pursuant to 28 U.S.C. § 2254 (Docket entry #1) is DENIED, and this habeas action is hereby DISMISSED, WITH PREJUDICE.

Dated this 19th day of October, 2009.

                                                              /s/ J. Thomas Ray
                                                             UNITED STATES MAGISTRATE JUDGE